IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND DAY and                                                              PLAINTIFFS
RAYMOND DAY & SONS (Terminated)

CASE NO.   5:08cv00332 JMM  Lead case

ROBERTSON BROTHERS FARMS and              CONSOLIDATED PLAINTIFFS
DE & K FARMS PARTNERSHIP

CASE NO.   5:08cv00333 JMM

ROUND LAKE PLANTING COMPANY                    CONSOLIDATED PLAINTIFF

CASE NO.   5:08cv00334 JMM

VS.

FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA            DEFENDANT

### ORDER

Based on the stipulation for dismissal (DE #38), Plaintiffs Raymond Day and Raymond Day & Sons' complaint against Farmers Mutual Hail Insurance Company of Iowa is hereby dismissed with prejudice.  The Clerk is directed to terminate these Plaintiffs.

Because this is the lead case in a consolidated action, the case will remain open until the conclusion of the consolidated cases.  **Counsel should continue to file all pleadings in the lead case.**

IT IS SO ORDERED THIS 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE