IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND DAY and
RAYMOND DAY & SONS                                              PLAINTIFF

NO:5:08CV00332

ROUND LAKE PLANTING COMPANY                                     PLAINTIFF

NO. 5:08CV0334

ROBERTSON BROTHERS
FARMS, ET. AL.                                                  PLAINTIFF

VS.                         NO. 5:08CV0333

FARMERS MUTUAL HAIL
INSURANCE COMPANY                                               DEFENDANT

**ORDER**

Pending is Plaintiffs' motion to determine the sufficiency of response to request for admission and to order matter admitted. (Docket #57). The Court finds the Defendant's response to the disputed request for admission to be sufficient and the substance of the response clear, specific and direct as required by Fed. R. Civ. P. 36. Accordingly, Plaintiffs' motion is DENIED.

IT IS SO ORDERED this 5th day of March, 2010.

_____
James M. Moody
United States District Judge