# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RAYMOND DAY and**
**RAYMOND DAY & SONS**                                            **PLAINTIFF**

**NO:5:08CV00332**

**ROUND LAKE PLANTING COMPANY**                         **PLAINTIFF**

**NO.  5:08CV0334**

**ROBERTSON BROTHERS**
**FARMS, ET. AL.**                                                **PLAINTIFF**

**VS.**                          **NO.  5:08CV0333**

**FARMERS MUTUAL HAIL**
**INSURANCE COMPANY**                                         **DEFENDANT**

## ORDER

Pending is Plaintiffs' motion to determine the sufficiency of response to request for admission and to order matter admitted.  (Docket #57).  The Court finds the Defendant's response to the disputed request for admission to be sufficient and the substance of the response clear, specific and direct as required by Fed. R. Civ. P. 36.  Accordingly, Plaintiffs' motion is DENIED.

IT IS SO ORDERED this 5th day of March, 2010.

James M. Moody
United States District Judge