# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAYMOND DAY and
RAYMOND DAY & SONS                                              PLAINTIFF

NO:5:08CV00332

ROBERTSON BROTHERS
FARMS, ET. AL.                                                  PLAINTIFF

NO. 5:08CV00333

ROUND LAKE PLANTING COMPANY                                     PLAINTIFF

VS.                         NO.  5:08CV0334

FARMERS MUTUAL HAIL
INSURANCE COMPANY                                               DEFENDANT

## ORDER

Pending are Defendant's motion for a protective order, docket # 69, and Plaintiffs' motion for leave to take a discovery deposition, docket # 72.  For good cause shown, Defendant's motion for a protective order is DENIED.  Plaintiffs' motion for leave to conduct a discovery deposition of Steven Hawkins is GRANTED.  Plaintiffs will be allowed one hour in which to depose Mr. Hawkins relating to the existence, discovery and production of photographs taken of the alleged hail damage to Plaintiffs' crops.

IT IS SO ORDERED this 15th day of March, 2010.

_____
James M. Moody
United States District Judge