IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


**ROBERTSON BROTHERS**
**FARMS, ET. AL.**                                                                  **PLAINTIFF**


VS.            NO.  5:08CV0332 JMM - LEAD CASE
               Consolidated with 5:08CV00333 & 5:08CV00334


**FARMERS MUTUAL HAIL**
**INSURANCE COMPANY**                                                        **DEFENDANT**

**ORDER**

Pending is the motion in limine filed on behalf of Defendant Farmers Mutual Hail Insurance Company ("Farmers Mutual") to limit the testimony of Allen Lee.  (Docket # 80). Plaintiffs have responded.

Farmers Mutual challenges the testimony of Plaintiffs' expert Allen Lee with regard to whether hail fell to the ground on Plaintiffs' farmland during the Hurricane Rita storm system that passed through southeast Arkansas on September 24 and 25, 2005.  Farmers Mutual does not challenge Mr. Lee's testimony as a meteorologist but claims that his testimony that hail fell to the ground on Plaintiffs' farmland is based on hearsay, is not scientific opinion and even if allowed should be limited to the one farm in which a witness claims to have seen hail fall.

The Court finds Mr. Lee qualified to render expert testimony on issues related to his field of expertise, meteorology.  The Court will determine the admissibility of the testimony of Mr. Lee with regard to whether hail fell to the ground on Plaintiffs' farmland at the time of trial.

Accordingly, Defendant's motion in limine is denied without prejudice to renew at the time of trial.

IT IS SO ORDERED this 18th day of May, 2010.

                                                                             James M. Moody
                                                                             United States District Judge

IT IS SO ORDERED this 18th day of May, 2010.

James M. Moody
United States District Judge