IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERTSON BROTHERS**
**FARMS, ET. AL.**                                                                 **PLAINTIFF**

VS.                NO.  5:08CV0332 JMM - LEAD CASE
                   Consolidated with 5:08CV00333 & 5:08CV00334

**FARMERS MUTUAL HAIL**
**INSURANCE COMPANY**                                                  **DEFENDANT**

<u>**ORDER**</u>

Pending is Plaintiffs' motion for reconsideration of ruling on severance.  (Docket # 114). The Court has considered Plaintiffs' arguments and finds that the motion should be, and hereby is, DENIED.  The trials in this case will proceed as set forth in the Court's Order granting severance entered May 18, 2010.

IT IS SO ORDERED this 26th day of May, 2010.

_____
James M. Moody
United States District Judge