*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROUND LAKE PLANTING COMPANY                                         PLAINTIFF

vs.          CASE NO. 5:08cv00332 JMM    Lead case
             CASE NO. 5:08cv00333 JMM    Consolidated case
             CASE NO. 5:08cv00334 JMM    Consolidated case

FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA          DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter as to Plaintiff **Round Lake Planting Company,** the Court finds the complaint and all claims in this action are hereby dismissed with prejudice as to this Plaintiff. All pending motions as to this Plaintiff are moot.[1]

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action as to this Plaintiff if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

The jury trial scheduled June 28, 2010 is canceled.

IT IS SO ORDERED this 16th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The dismissal of this Plaintiff will close case number 5:08cv00334 JMM.