IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALLAN RANDS,                                                                                          PLAINTIFFS
H & S FARMS PARTNERSHIP by partner Shawn Spainhouer,
H. D. & CAROLYN SPAINHOUER FARMS by partner H.D. Spainhouer,
L & S FARM PARTNERSHIP by partner Larry Petty
KEN C. HOLT, JR. FARM PARTNERSHIP by partner Kenneth Holt., Jr.,
DAVID COX d/b/a David Cox Farms,
STEVE STEVENS d/b/a S & D Farms,
C. B. STEVENS FARMS, INC.,
KIRK HILL,
VONDA STEVENS KIRKPATRICK, d/b/a Rondo Farms,
JONATHAN OLDNER, d/b/a Jonathan Oldner Farms
JOHN ABBOTT,
McGEHEE BANK, Trustee for the Mildred Clower Sharp GST Exempt Trust and
JOHN CLOWER, Trustee for the Mildred Clower Sharp CST Exempt Turst

vs.                                        CASE NO. 5:08cv00332 JMM     Lead case

FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA            DEFENDANT


**ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter as to the remaining Plaintiffs, the Court finds the complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

The jury trial scheduled June 6, 2011, is canceled.  The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE